UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00249-RJC

| CARLTON FISHER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Appear Pro Hac Vice as to David B. Goetz. (Doc. No. 2). For the reasons set forth in the Motion and pursuant to Local Civil Rule 83.1(B)(1), the Motion will be **granted**.

**IT IS, THEREFORE, ORDERED** that the Motion to Appear Pro Hac Vice as to David B. Goetz, (Doc. No. 2), is **GRANTED**.

Signed: May 20, 2016

Robert J. Conrad, Jr.
United States District Judge