# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-249-DCK

| | |
|---|---|
| CARLTON FISHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the record, the undersigned will direct Plaintiff to file an immediate Status Report.

On September 6, 2016, the Court ordered that Plaintiff file a motion for summary judgment and supporting memorandum, consistent with the Court's "Social Security Briefing Order," on or before November 7, 2016. Since then, Plaintiff has been allowed two (2) extensions of the deadline to make his filing. See (Document Nos. 14, 15, 16, and 17). Those deadlines have now passed and Plaintiff has failed to make any filing.

Plaintiff is respectfully advised that failure to prosecute this action, and/or failure to abide by this Court's Orders, will likely result in sanctions against Plaintiff and/or Plaintiff's counsel, which may include dismissal of this lawsuit.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a Status Report on or before **January 23, 2017**. In that Status Report, Plaintiff shall **SHOW CAUSE** why Plaintiff and/or

Plaintiff's counsel should not be sanctioned for failing to abide by the Court's Order (Document No. 17).

**SO ORDERED**.

Signed: January 18, 2017

David C. Keesler
United States Magistrate Judge