**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-249-DCK**

| | |
|---|---|
| **CARLTON FISHER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** regarding "Plaintiff's Motion For Summary Judgment …" (Document No. 21) and Plaintiff's "Status Report" (Document No. 25). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the pending motion without prejudice, and allow Plaintiff additional time to file a revised Motion for Summary Judgment and supporting Memorandum of Law.

The undersigned's previous "Order" (Document No. 24) intended to deny the pending motion for summary judgment without prejudice based on Plaintiff's failure to abide by the Rules of this Court, and required Plaintiff to file a Status Report. See (Document No. 24). It appears the pending motion still needs to be terminated. However, Plaintiff has finally filed his "Status Report" (Document No. 25) as directed.

Based on Plaintiff's "Status Report," the Court will *sua sponte* re-set the deadlines for this case. Further extensions are unlikely to be granted. Moreover, Plaintiff shall not make any filings in this case without first consulting with his local counsel.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Summary Judgment …" (Document No. 21) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff may file a revised Motion for Summary Judgment and supporting Memorandum of Law on or before **February 10, 2017**. <u>See</u> Local Rule 7.1 (D) and "Social Security Briefing Order" 3:13-MC-198 (W.D.N.C. Dec. 16, 2013). A revised motion and memorandum must comply with the Local Rules, including the Court's page limitation. Plaintiff is respectfully advised to focus on his strongest arguments.

Defendant shall file its Motion for Summary Judgment and Memorandum of Law **within sixty (60) days** of Plaintiff's filing.

**SO ORDERED**.

Signed: January 30, 2017

_____
David C. Keesler
United States Magistrate Judge